# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1049

Ralph Armstrong

Appellant

v.

Ray Hobbs, Director, Arkansas Department of Correction

Appellee

___

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:09-cv-00100-BSM)
___

**ORDER**

Appellant's motion for leave to file a Reply to the Response to the petition for rehearing has been considered by the court and is granted. The petition for rehearing, the Response, and the Reply have been considered and the petition for rehearing by the panel is granted. The judgment of December 13, 2011, is vacated. A new opinion will be issued in due course. The petition for rehearing en banc is denied as moot.

January 23, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans